NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RITZ CAMERA & IMAGE, LLC,**
*Plaintiff-Appellee,*

v.

**SANDISK CORPORATION,**
*Defendant-Appellant.*

---

2012-1183

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-2787, Judge Saundra Brown Armstrong.

---

## ORDER

Jim Hood, Attorney General for the State of Mississippi, submits a letter in support of the amicus brief filed by the Federal Trade Commission and the U.S. Department of Justice.

Upon consideration thereof,

IT IS ORDERED THAT:

A copy of the letter will be transmitted to the merits panel.

FOR THE COURT

JUL 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph S. Hall, Esq.
Raoul D. Kennedy, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2012

JAN HORBALY
CLERK